

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

SARAH B. EVANS
*Assistant Corporation Counsel*
Tel.: (212) 788-1041
Fax: (212) 788-9776

November 3, 2008

**VIA ECF**

Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   <u>Paul Galvin v. City of New York, et al.</u>, 07 CV 4230 (BMC)

Your Honor:

      Enclosed please find a STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE which has been executed by the parties in the above-referenced matter. We respectfully request that Your Honor endorse the enclosed STIPULATION.

      Thank you for your consideration in this matter.

      Respectfully submitted,

      Sarah B. Evans
      Assistant Corporation Counsel
      Special Federal Litigation Division

Enc.

cc:   Nathan Belofsky, Esq. (By ECF)
      Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
PAUL GALVIN,

                                Plaintiff,

        -against-

THE CITY OF NEW YORK, POLICE OFFICER
JAMES LEE, POLICE OFFICER ROBERT
HAWKINS, POLICE OFFICER MICHAEL
DONOVAN, POLICE OFFICER DONAL HAINES,
POLICE OFFICER RAYMOND PALTOO, POLICE
OFFICER CRAIG KEARNEY and POLICE OFFICERS
JOHN DOES 1-5,

                                Defendants.
----------------------------------------------------------------------x

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

07 CV 4230 (BMC) (VVP)

        **WHEREAS,** plaintiff commenced this action by filing a complaint on or about October 10, 2007, alleging that defendants violated his constitutional rights; and

        **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

        **WHEREAS,** the parties now desire to resolve the issues remaining in this litigation, without further proceedings and without admitting any fault or liability;

        **WHEREAS,** plaintiff has authorized counsel to settle this matter as against defendants on the terms enumerated below;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

        1.    This above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. The City of New York hereby agrees to pay plaintiff Paul Galvin the sum of Forty-Thousand Dollars ($40,000) in full satisfaction of all claims, inclusive of claims for costs, expenses and attorney's fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all claims against the City of New York and all individually named defendants, and to release all defendants and any present or former employees or agents of the City of New York from any and all liability, claims, or rights of action that have or could have been alleged by plaintiff in this action, including claims for costs, expenses and attorney's fees.

3. Plaintiff shall execute and deliver to City defendants' attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above and an Affidavit of No Liens or an Affidavit Concerning Liens, whichever applies.

4. Nothing contained herein shall be deemed to be an admission by defendants or the City of New York that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject

matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
_____, 2008

| | |
|---|---|
| Nathan Belofsky, Esq.<br>Attorney for Plaintiff<br>50 Court Street, Suite 506<br>Brooklyn, New York 11201<br>(718) 596-6815<br><br>By: _____<br>Nathan Belofsky, Esq. | MICHAEL A. CARDOZO<br>Corporation Counsel of the City of New York<br>Attorney for Defendants<br>100 Church Street<br>New York, New York  10007<br>(212) 788-1041<br><br>By: _____<br>Sarah B. Evans<br>Assistant Corporation Counsel |

SO ORDERED:

_____
U.S.D.J.